People of the State of Illinois, Plaintiff-Appellee, v. David Lannes, Defendant-Appellant.

Gen. No. 50,500. 

First District, Second Division.

December 6, 1966.

J. Waldo Ackerman, of Springfield, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Morton Friedman and E. Roger Horsky, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.